# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-883-621

**Effective date of registration:**

September 25, 2013

## Title

**Title of Work:** NX 9

## Completion/Publication

**Year of Completion:** 2013

## Author

■        **Author:** Siemens Product Lifecycle Management Software Inc.

**Author Created:** computer program

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Siemens Product Lifecycle Management Software Inc.

5800 Granite Parkway, Suite 600, Plano, TX, 75024, United States

## Rights and Permissions

**Organization Name:** Siemens Product Lifecycle Management Software Inc.

**Name:** Allen Scott Lineberry

**Email:** trademarks@ugs.com                    **Telephone:** 972-987-3211

**Address:** 5800 Granite Parkway, Suite 600

Plano, TX 75024  United States

## Certification

**Name:** Allen Scott Lineberry

**Date:** September 25, 2013

**Applicant's Tracking Number:** 2013Z19962 US

**Registration #:**   TXU001883621
**Service Request #:**   1-999274692

Siemens Product Lifecycle Management Software Inc.
Nancy Cannon
5800 Granite Parkway, Suite 600
Plano, TX 75024  United States