# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TXu 1-965-012**

**Effective Date of Registration:**
December 09, 2014

## Title

    **Title of Work:** NX 10

## Completion/Publication

    **Year of Completion:** 2014

## Author

-     **Author:** Siemens Product Lifecycle Management Software Inc.
    **Author Created:** computer program
    **Work made for hire:** Yes
    **Domiciled in:** United States

## Copyright Claimant

    **Copyright Claimant:** Siemens Product Lifecycle Management Software Inc.
    5800 Granite Parkway, Suite 600, Plano, TX, 75024, United States

## Limitation of copyright claim

    **Material excluded from this claim:** computer program
    **New material included in claim:** computer program

## Rights and Permissions

    **Organization Name:** Siemens Product Lifecycle Management Software Inc.
    **Name:** Allen Scott Lineberry
    **Email:** trademarks@ugs.com
    **Telephone:** (972)987-3211
    **Address:** 5800 Granite Parkway, Suite 600
    Plano, TX 75024 United States

## Certification

    **Name:** Allen Scott Lineberry
    **Date:** December 09, 2014

**Correspondence:**   Yes

