UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1- 107, <br><br> Defendants. | Case No.: 4:18-cv-02344 <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING MOTION TO EXTEND TIME FOR PLAINTIFF TO SERVE DEFENDANTS**

Before the Court is Plaintiff's Motion to Extend Time for Plaintiff to Serve Defendants (the "Motion"). Good cause has been shown by Plaintiff for the extension of the deadline. Therefore, Plaintiff's Motion should be, and is hereby, GRANTED. Accordingly, the deadline for Plaintiff to serve Defendants pursuant to Fed. R. Civ. P. 4(m) is extended to December 10, 2018.

Signed the ___ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE