United States District Court
Southern District of Texas
**ENTERED**
October 02, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC., Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. H-18-2344 |
| DOES 1-107, Defendants. | § § § | |

## **ORDER**

By Order [Doc. # 9] entered October 1, 2018, the deadline for Plaintiff to present evidence of service on Defendants in this case was extended to December 10, 2018. Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion to Extend Time to Serve Defendants [Doc. # 10], requesting an extension to December 10, 2018, is **DENIED AS MOOT**.

SIGNED at Houston, Texas, this 2nd day of **October, 2018**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE