United States Courts
Southern District of Texas
FILED

OCT 04 2018

David J. Bradley, Clerk of Court

The Honorable Judge
United States District Court
Southern District of Texas
Houston Division
PO Box 61010
Houston 77208

From:

DOES-1-107

Case No.: 4:18-cv-02344. Plaintiff: Siemens Product Lifecycle Management Software Inc.

Copy of the Subpoena is attached.

Respected Honorable Judge of the United States District Court,

I apologize for my lack of knowledge in the format of the letter I am writing to the court to plead my case.

With reference to the above case, I wish to plead with your honor to dismiss the case, as I and my household are not a beneficiary and have no knowledge any software file sharing has been done by us.

I work at a departmental store as a sales person for minimum hourly wages, and my spouse is unemployed and retired and living off of state benefits. My spouse used to work in San Diego and travelled often to take care of his family. We barely manage to make a living without exceeding our limits after monthly loan payments. My children are in community Colleges taking Business Administration and Biology/Human Sciences classes.

The household has no means to travel to Houston or hire an attorney to respond to the subpoena.

As such, I beg your honor to quash the case and not disclose my identity to the plaintiff, which otherwise will unnecessarily and unjustifiably be a remark on me and my family's impeccable and respectable life.

Submitted respectfully,

Name and Signature

Pushpa M

Wish to remain anonymous.

Oct 2, 2018

Copy to Charter Communications

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**RECEIVED**
SEP 7 2018
@ 3:25 pm

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| Siemens Product Lifecycle Management Software Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:18-cv-02344 |
| Does 1-107 | ) | |
| | ) | (If the action is pending in another district, state where: ) |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Charter Communications, Inc., Corporation Service Company d/b/a CSC - Lawyers Incorporated, 211 E. 7th Street, Suite 620, Austin, TX 78701

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See Exhibit A

| Place: James Quail<br>Reed Smith LLP<br>811 Main Street, Suite 1700, Houston, TX 77002 | Date and Time:<br>10/08/2018 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 09/07/2018

*CLERK OF COURT*

OR

_____          /s/ James Quail
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Siemens Product Lifecycle Management Software Inc. , who issues or requests this subpoena, are:

James Quail
Reed Smith LLP, 811 Main Street, Suite 1700, Houston, TX 77002
Phone: 713-469-3659    E-Mail: jquail@reedsmith.com

DELIVERED:
ON: 9/10/18
BY: J.K. BG 3012
@: 9:50 am/pm

United States District Court
Southern District of Texas
**ENTERED**
September 06, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1- 107, <br><br> Defendants. | Case No.: 4:18-cv-02344 <br><br> JURY TRIAL DEMANDED |

### ORDER GRANTING PLAINTIFF'S MOTION FOR DISCOVERY

Upon the Plaintiff's Motion for Discovery and the supporting Memorandum of Law, it is hereby:

ORDERED that Plaintiff may serve immediate discovery on Charter Communications ("Charter") to obtain the identity of Defendants by serving subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure requesting the subscriber's name, address, telephone number, e-mail address, and any other information that would aid Plaintiff in determining the identify of these Account Holders; provided, however, that said discovery shall be conditioned on: (a) Charter having seven (7) calendar days after service of a subpoena to notify subscribers that their identity is sought by Plaintiff; (b) each subscriber whose identity is sought having twenty one (21) calendar days from the date of such Charter notice to file any papers contesting the subpoena; and (c) payment to Charter by Plaintiff of all reasonable costs of: (i) compiling the requested information; (ii) providing pre-disclosure notifications to subscribers; and (iii) all other reasonable costs and fees incurred responding to discovery. Charter may provide notice using any reasonable means, including but not limited to written notice sent to the subscriber's last

Case 4:18-cv-02344   Document 8   Filed in TXSD on 09/06/18   Page 2 of 2

known address, transmitted either by first class mail or via overnight service.

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiff in response to subpoenas issued under Rule 45 of the Federal Rules of Civil Procedure may be used by Plaintiff solely for the purpose of protecting Plaintiff's rights under the Copyright Act as enumerated in the Complaint.

IT IS FURTHER ORDERED THAT any subpoena issued pursuant to this order shall be deemed an appropriate court order under 47 U.S.C. § 551.

IT IS FURTHER ORDERED THAT good faith attempts by Charter to notify the subscriber(s) shall constitute compliance with this order.

Signed the 6th day of ___September___, 2018.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

PRESS FIRMLY TO SEAL





1007    77208

# PRIORITY
## ★ MAIL ★
## EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



EP13F July 2013    OD: 12.5 x 9.5



PS10001000006



**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )

Pushpa H
17720 San Jose St
Granada Hills
CA 91344

United States Courts
Southern District of Texas
FILED
OCT 04 2018

PAYMENT BY ACCOUNT (if applicable)

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

The Honorable Judge
US District Court
Southern District of Texas
PO Box 61010, Houston

ZIP + 4® (U.S. ADDRESSES ONLY)
77208

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

