United States District Court
Southern District of Texas
**ENTERED**
October 04, 2018
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC., | § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CASE NO. 4:18-cv-2344 |
| DOES 1-107, | | |
| Defendants. | | |

## ORDER

The Court has received, by letter dated September 24, 2018, Defendant Doe's Notice of Objection to Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action.  It is hereby

**ORDERED** that the Clerk will docket this letter as an objection to Plaintiff's subpoena.  It is further

**ORDERED** that Plaintiff Siemens Product Lifecycle Management Software Inc. must file a response to Defendant Doe's objection no later than **October 18, 2018**.  It is further

**ORDERED** that any reply Defendant Doe seeks to submit must be filed no later than **October 25, 2018**.  It is further

**ORDERED** that the Court will hold a conference regarding Defendant Doe's objection on **October 31, 2018**, at **1:00 p.m**.

P:\ORDERS\11-2018\2344ObjSubpoena.docx  181004.1112

SIGNED at Houston, Texas, this <u>4th</u> day of **October, 2018**.

*[Signature]*
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE