# Court Case No.4:18-cv-02344

RE: Plaintiff: Siemens Product Lifecycle Management Software Inc

Vs. Does 1-107 (defendant #19)

Modem MAC-CPE MAC- IP 45.46.48.59- 789684e9b014 -04a151ae3f02

Charter Communications, Inc. Case # 59869

CC Via Facsimile  314-909-0609  Notifying Charter

Attention: Legal File-Sharing Team

September 30, 2018


To: United States District Court, Southern District of Texas


I have received your subpoena for documents, dated September 14, 2018, in the
above referenced matter which is seeking documents related to the specified
case.


I am writing to file my objection to this order that requests documents,
electronically stored information or objects, and I do not permit the
inspection, copying, testing or sampling of any of this material. I object on
the grounds that my information is private and confidential. No one should
have access to it without my permission. The subpoena requests disclosure of
privileged, private and confidential information, and I do not give permission
to access any part or portion of my information. I further object on the
grounds that the subpoena requests vague and or ambiguous information for a
span of nearly a year. I object to releasing my information because I did not
receive this subpoena within the specified amount of twenty one days of time
that I legally have for a response. Responding to this subpoena with legal
counsel  would create a financial burden to me. PLEASE KEEP MY INFORMATION
ANONYMOUS AND CONFIDENtiAL.


It is my sincerest belief that I have done nothing wrong and did not knowingly
or intentionally violate any copyright laws or benefit in any form financially
or otherwise.


#19