RECEIVED IN CHAMBERS

OCT 0 4 REC'D

NANCY F. ATLAS
U.S. DISTRICT JUDGE

10/03/2018

John Doe

Honorable Nancy F. Atlas
Senior United States District Judge
515 Rusk Avenue, Houston, TX 77002

Court Case: Siemens Product Lifecycle Management Software Inc. v. Does 1-107, Case No. 4:18-cv-02344
Charter Communications, Inc. Case Number: 59869
ID Number: 27

Your Honor,

I am writing to object to the above subpoena requesting Charter Communications Inc. ("Charter") to disclose my personal information to plaintiff Siemens Product Lifecycle Management Software Inc. ("Siemens").

I recently received a copy of the subpoena from Charter, my internet service provider, about the request made by Siemens to disclose my personal information based on the record of allegedly downloading or distributing the copyrighted work of Siemens through my IP address.

But the fact was that I unintentionally used the unlicensed software once only for my course project, which was purely for nonprofit educational purpose. According to Copyright Disclaimer Under Section 107 of the Copyright Act 1976, this should be considered as "fair use" and is not an infringement of copyright. I made use of the software only because of the requirement of my course project, and it was nothing of a commercial nature.

Another point I want to explain is that I had never used the software before, so I was not familiar with the license for using the software. After I found it was unlicensed, I deleted the software immediately as I have always been respecting copyrighted works.

Your Honor, I trust your judgment. My behavior belongs to fair use and should not be considered as an infringement of copyright. Therefore, the request from Siemens to disclose my personal information should not be approved given the fact of my fair use. And Charter should not disclose my personal information to Siemens for the protection of my privacy.

Respectfully,

*John Doe*

John Doe