The Honorable Judge
United States District Court
Southern District of Texas
Houston Division
PO Box 61010
Houston 77208

United States Courts
Southern District of Texas
FILED

OCT 04 2018

David J. Bradley, Clerk of Court

From:

DOES-1-107

Case No.: 4:18-cv-02344. Plaintiff: Siemens Product Lifecycle Management Software Inc.

Copy of the Subpoena is attached.

Respected Honorable Judge of the United States District Court,

I apologize for my lack of knowledge in the format of the letter I am writing to the court to plead my case.

With reference to the above case, I wish to plead with your honor to dismiss the case, as I and my household are not a beneficiary and have no knowledge any software file sharing has been done by us.

I work at a departmental store as a sales person for minimum hourly wages, and my spouse is unemployed and retired and living off of state benefits. My spouse used to work in San Diego and travelled often to take care of his family. We barely manage to make a living without exceeding our limits after monthly loan payments. My children are in community Colleges taking Business Administration and Biology/Human Sciences classes.

The household has no means to travel to Houston or hire an attorney to respond to the subpoena.

As such, I beg your honor to quash the case and not disclose my identity to the plaintiff, which otherwise will unnecessarily and unjustifiably be a remark on me and my family's impeccable and respectable life.

Submitted respectfully,

Name and Signature

Pushpa M

Wish to remain anonymous.

Oct 2, 2018

Copy to Charter Communications