UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Siemens Product Lifecycle Management
Software Inc.

v.                                                              Case Number: 4:18−cv−02344

Does 1− 107, et al.

---

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nancy F Atlas

**PLACE:**
Courtroom 9F
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 10/30/2018

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Miscellaneous Conference

Date:   October 9, 2018

David J. Bradley, Clerk