| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-02344 |
|---|---|---|---|

SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE, INC.

*versus*

DOES 1-107

United States Courts
Southern District of Texas
FILED

OCT 05 2018

David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | The Law Offices of Steven C. Vondran, P.C.<br>One Samsone Street, Suite 3500<br>San Francisco, California 94104<br>(877) 276-5084 , Steve@vondranlegal.com<br>California SB# 232337, Arizona SB# 025911 |
|---|---|

| Name of party applicant seeks to appear for: | Does #53 |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/10/2018 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: *active* | |
|---|---|
| Dated: 10/9/18 | Clerk's signature: CMK |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____   _____
United States District Judge