**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1- 107, <br><br> Defendants. | Case No.: 4:18-cv-02344 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Andrew Bluebond of Reed Smith, LLP hereby enters his appearance on behalf of Plaintiff Siemens Product Lifecycle Management Software Inc. and requests all pleadings, motions, notices, or any other documents or instruments filed or served in this proceeding be sent to him.

Dated: October 10, 2018                                              Respectfully submitted,

                                                                                      */s/ Andrew Bluebond*
                                                                                      Andrew Bluebond
                                                                                      Texas Bar No. 24092147
                                                                                      S.D. Tex. No. 3019955
                                                                                      Robert R. Riddle – Lead Attorney
                                                                                      Texas Bar No. 24035495
                                                                                      S.D. Tex. No. 1553007
                                                                                      James A. Quail
                                                                                      Texas Bar No. 24102386
                                                                                      S.D. Tex. No. 3060244
                                                                                      Reed Smith, LLP
                                                                                      811 Main Street, Suite 1700
                                                                                      Houston, TX 77002-6110
                                                                                      abluebond@reedsmith.com
                                                                                      rriddle@reedsmith.com
                                                                                      jquail@reedsmith.com
                                                                                      Telephone: +1 713 469 3800
                                                                                      Facsimile: +1 713 469 3899

                                                                                      *Counsel for Plaintiff  Siemens Product Lifecycle Management Software Inc.*

## CERTIFICATE OF SERVICE

I certify that the above document was served via the Court's CM/ECF system to all counsel of record on October 10, 2018.

*/s/ Andrew Bluebond*
Andrew Bluebond