United States District Court
Southern District of Texas
**ENTERED**
October 11, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC., § § | | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 4:18-cv-2344 |
| DOES 1-107, | § § | |
| Defendants. | § | |

# ORDER

On July 9, 2018, Plaintiff Siemens Product Lifecycle Management Software Inc. ("Siemens") filed Plaintiff's Original Complaint for Copyright Infringement [Doc. # 1] ("Complaint") with this Court.  Plaintiff Siemens's Complaint alleges that unknown Defendants Does 1-107 infringed Siemens's copyrights in certain software.  Complaint [Doc. # 1], ¶¶ 2, 6-20.

In an Order dated July 10, 2018 [Doc. # 5], the Court set an Initial Pretrial and Scheduling Conference for this case for October 15, 2018, at 1:00 p.m.

In an Order dated September 6, 2018 [Doc. # 8], the Court granted Plaintiff Siemens's Motion for Discovery [Doc. # 4].  The Court ordered that Plaintiff Siemens may serve subpoenas pursuant to Federal Rule of Civil Procedure 45 on Charter Communications ("Charter") to obtain the identity of Defendants Does

1-107.  The Court conditioned discovery on Charter having seven (7) days after service of a subpoena to notify subscribers that their identity is sought and each subscriber whose identity is sought having twenty-one (21) days from the date of Charter's notice to file any papers contesting the subpoena.

On October 1, 2018, the Court received a "Notice of Objection to Subpoena to Produce Documents, Information or Objects, or to Permit Inspection of Premises in a Civil Action" [Doc. # 13], dated September 24, 2018, from an unidentified Defendant "Doe" ("Unnumbered Defendant Doe").

In an Order dated October 4, 2018 [Doc. # 14], the Court ordered Plaintiff Siemens to file a response to Unnumbered Defendant Doe's objection no later than October 18, 2018.  The Court ordered that any reply Unnumbered Defendant Doe seeks to submit must be filed no later than October 25, 2018, and set a conference regarding the objection for October 31, 2018, at 1:00 p.m.

On October 4, 2018, the Court received other objections to subpoenas [Docs. ## 15, 16, and 17] from Defendants Doe # 19, Doe # 27, and an individual identified as Pushpa M.

On October 5, 2018, Defendant Doe # 55 filed Objections to and Motion to Quash Subpoena, Motion to Sever and/or Dismiss, Motion for Protective Order, and Motion to Proceed Anonymously [Doc. # 18].

On October 9, 2018, the Court reset the October 31 conference to October 30, 2018, at 11:30 am.  Because other objections may be filed between this date and the conference, the Court establishes the following schedule to facilitate resolution of objections.  It is hereby

**ORDERED** that the Initial Pretrial and Scheduling Conference scheduled for October 15, 2018, at 1:00 p.m. is **RESCHEDULED** to **October 30, 2018**, at **11:30 a.m**.  It is further

**ORDERED** that the Court will hold an oral argument on **October 30, 2018**, at **11:30 a.m.** regarding all objections filed on or before **October 19, 2018**, by Defendants to Siemens's subpoenas, including but not limited to those objections filed as Docs. ## 13, 15, 16, 17 and 18.  It is further

**ORDERED** that Plaintiff Siemens must file on or before **October 20, 2018**, a response to objections docketed on or before **October 19, 2018.**  It is further

**ORDERED** that replies by objectors to Plaintiff Siemens's response **must** be filed on or before **October 26, 2018**, by **5:00 p.m**.

SIGNED at Houston, Texas, this 11th day of **October, 2018**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE