United States District Court
Southern District of Texas

**ENTERED**
October 31, 2018
David J. Bradley, Clerk

# HEARING MINUTES AND ORDER

**Cause Number**:   18cv2344

**Style**:   Siemens Product Lifecycle Management Software Inc. v. Does 1-107

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| Andrew Bluebond | Plaintiff |
| Joshua A. Verde | Defendant   Doe # 55 |

**Date**: October 30, 2018          **ERO**: Yes
**Time**: 12:15 p.m. - 12:29 p.m.          **Interpreter**:

**At the hearing the Court made the following rulings**:

Motion hearing held.

Motion to Quash Subpoena by Doe # 55 [Doc. # 18] is GRANTED in part and DENIED in part, in accordance with the record in open court. The parties must submit by **November 5, 2018**, a proposed order memorializing the Court's rulings and applying them to all defendants or objectors in this case.

**SIGNED** at Houston, Texas this 30th day of October, 2018.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE