# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1 - 107, <br><br> Defendants. | Case No.: 4:18-cv-2344 <br><br> JURY TRIAL DEMANDED |

### JOINT [PROPOSED] ORDER DENYING DOE DEFENDANTS' MOTIONS TO QUASH AND GRANTING PROTECTIVE ORDER

Before the Court are the objections and motions to quash, dismiss, and for a protective order submitted at Docket Entries 12, 13, 15, 16, 17, and 18 (the "Motions"). Having considered the Motions, Plaintiff Siemens PLM's Response (Dkt. 31), and arguments of counsel for Siemens PLM and Doe #55, it is hereby ordered that the Motions are granted in part and denied in part.

To the extent the Motions seek to quash Siemens PLM's subpoena to Charter Communications, they are denied.

To the extent the Motions seek to dismiss Siemens PLM's Complaint, they are denied without prejudice.

To the extent to Motions seek protection from the Court with respect to the Siemens PLM's subpoena to Charter Communications, the Court orders that Charter Communication will produce subscriber information for each IP Address about which

Siemens PLM has requested information, including those Doe Defendants who filed objections to Siemens PLM subpoena. However, Charter Communications will limit its production of information to the name, address, telephone number, and email addresses associated with the Charter Communications accounts associated with the IP addresses about which Siemens PLM seeks information.

To the extent the Motions seek permission from the Court to proceed anonymously, those requests are granted, until such time that Siemens PLM files an amended complaint and the parties can fully brief the Court on the issue of anonymity.

Furthermore, with respect to all information received from Charter Communications in response to the subpoena, Siemens PLM shall keep all information it receives confidential and not make that information public, including in a filing of this Court, unless and until Siemens PLM names a person associated with that information in this lawsuit or another lawsuit in which the court has personal jurisdiction over the defendant.

Signed the ___ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE