IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC., Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. H-18-2344 |
| DOES 1-107, Defendants. | § § § | |

## **ORDER**

It is hereby **ORDERED** that the deadline for the parties' Joint Discovery/Case Management Plan is extended to **March 13, 2019**, and the initial conference is rescheduled to **March 18, 2019, at 2:00 p.m.**

SIGNED at Houston, Texas, this 4th day of **January, 2019**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE