UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1- 107, <br><br> Defendants. | Case No.: 4:18-cv-02344 <br><br> JURY TRIAL DEMANDED |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff has filed a Notice of Dismissal Without Prejudice against Does 1 – 107 (Dkt. No 43). In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Complaint has been **DISMISSED WITHOUT PREJUDICE.** This Notice shall not affect any previous dismissals in this action, whether they were made with or without prejudice. Accordingly, the Clerk is directed to **CLOSE** the case and terminate all other motions pending in this matter.

**SO ORDERED AND ADJUDGED** this the 10th day of January, 2019.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE